UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE BLAIR,

Plaintiff,

- against -

DOMINGO CORPORAN,

Defendant.

26-cv-5859 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The pro se plaintiff paid the filing fees and commenced this action. Generally, the plaintiff has 90 days from filing the complaint to serve the summons and complaint. Fed. R. Civ. P. 4(m). However, the summons was not issued in this case when the plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

The Clerk of Court is respectfully directed to issue summonses as to defendants Domingo Corporan, the City of New York, Duane Reade Inc., and Walgreen Co. The plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses.

If the plaintiff does not either serve the defendants or request an extension of time to do so within those 90 days, the case may be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 4 & 41.

The plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service. If the plaintiff consents to electronic service, the plaintiff will no longer receive court documents by regular mail.

The Clerk is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**
**Dated: New York, New York**
**July 14, 2026**

**John G. Koeltl**
**United States District Judge**

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

| Date | Signature |
|---|---|

Click Here to Save