UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE BLAIR,

Plaintiff,

- against –

DOMINGO CORPORAN, ET AL.,

Defendants.

26-cv-5859 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference on **Monday, November 2, 2026, at 4:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The Clerk is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

SO ORDERED.

Dated: New York, New York
October 20, 2026

John G. Koeltl
United States District Judge